**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRAIN L. COOPER,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF FRESNO, *et al.*,<br><br>Defendants. | No. 1:26-cv-05698 JLT EPG<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS RECOMMENDING THAT ACTION BE DISMISSED AND PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION BE DENIED<br><br>(Doc. 13) |

Brian L. Cooper is proceeding *pro se* and *in forma pauperis* in this action commenced on July 22, 2026. (Doc. 1.) On September 14, 2026, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's First Amended Complaint be dismissed with prejudice without leave to further amend and Plaintiff's motion for preliminary injunction be denied. (Doc. 13.) Plaintiff filed timely objections on October 6, 2026. (Doc. 15)

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Thus, the Court **ORDERS**:

1. The findings and recommendations issued on September 14, 2026 (Doc. 13) are **ADOPTED IN FULL**.

2. Plaintiff's first amended complaint (Doc. 10) is **DISMISSED** with prejudice and without further leave to amend.
3. Plaintiff's motion for preliminary injunction (Doc.11) is **DENIED.**
4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: _October 11, 2026_

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE